JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. GONSALEZ, | Case No. 2:18-cv-08607 AB (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| EMPLOYMENT DEVELOPMENT DEPARTMENT EDD, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: September 10, 2019

_____
THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge